AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

26 U.S.C. § 7201 - Tax Evasion - 2003 Tax Year
26 U.S.C. § 7201 - Tax Evasion - 2004 Tax Year

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY: five years in prison, a $250,000 fine, 5 years of supervised release and a $100 penalty assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
► MICHAEL CHENG

MHP

DISTRICT COURT NUMBER
CR 08 0243

**DEFENDANT**
IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction  } ☒ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ► Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED APR 16 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  BARBARA B. SILANO

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CSBN 044332)
United States Attorney

**ORIGINAL**

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08 0243 |
| Plaintiff, | INFORMATION |
| v. | VIOLATIONS: 26 U.S.C. § 7201 - Tax Evasion |
| MICHAEL CHENG, | |
| Defendant. | SAN FRANCISCO VENUE |

MHP

### INFORMATION

The United States Attorney charges:

COUNT ONE: (26 U.S.C. § 7201 - Tax Evasion - 2003 Tax Year)

On or about April 14, 2004, in the Northern District of California, the defendant

MICHAEL CHENG,

a resident of San Francisco, California, did willfully attempt to evade and defeat a part of the income tax due and owing by defendant to the United States of America for the calendar year of 2003 by filing and causing to be filed, a false and fraudulent U.S. Individual Income Tax Return, form 1040, which return was filed with the Internal Revenue Service, wherein it was stated that the tax due to the United States for the calendar year 2003 was $6,005.00, whereas, as he then and there well knew and believed, his taxable income for the said calendar year was in excess of

| | |
|---|---|
| 1 | that stated thereon and that upon said additional taxable income an additional tax was due and |
| 2 | owing to the United States of America. |
| 3 | All in violation of Title 26, United States Code, Section 7201. |
| 4 | |
| 5 | COUNT TWO: (26 U.S.C. § 7201 - Tax Evasion - 2004 Tax Year) |
| 6 | On or about October 14, 2005, in the Northern District of California, the defendant |
| 7 | MICHAEL CHENG, |
| 8 | a resident of San Francisco, California, did willfully attempt to evade and defeat a part of the |
| 9 | income tax due and owing by defendant to the United States of America for the calendar year of |
| 10 | 2004 by filing and causing to be filed, a false and fraudulent Individual Income Tax Return, form |
| 11 | 1040, which return was filed with the Internal Revenue Service, wherein it was stated that the tax |
| 12 | due to the United States for the calendar year 2004 was $2,829.00, whereas, as he then and there |
| 13 | well knew and believed, his taxable income for the said calendar year was in excess of that stated |
| 14 | thereon and that upon said additional taxable income an additional tax was due and owing to the |
| 15 | United States of America. |
| 16 | All in violation of Title 26, United States Code, Section 7201. |
| 17 | |
| 18 | Dated: 4/15/08 |
| | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| 19 | |
| 20 | |
| 21 | BRIAN J. STRETCH |
| | Chief, Criminal Section |
| 22 | Approved as to Form: |
| 23 | AUSA: |
| | AUSA SILANO |

INFORMATION                    2