IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 08-0243 (MHP) |
| ) | |
| MICHAEL CHENG ) | |

Consent to Transfer of Case
for Plea and Sentence
(*Under Rule 20*)

I, MICHAEL CHENG, defendant, have been informed that a two count criminal information is pending against me in the above designated case. I wish to plead guilty to the offenses charged, and to consent to the disposition of the case in the Eastern District of Virginia in which I, MICHAEL CHENG, am currently held and present. I, MICHAEL CHENG, agree to waive trial in the above captioned District.

Dated: 4/17/08   2008   at _____

_____
MICHAEL CHENG

_____
Counsel for Defendant/Witness

_____
Counsel for Defendant/Witness

Approved:

_____ 4/18/08
Chuck Rosenberg
United States Attorney
Eastern District of Virginia

Approved:

_____
Joseph P. Russoniello
United States Attorney
Northen District of California