**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

FILED
08 MAY 27 PM 2:18

May 16, 2008

U.S. District Court
U.S. Courthouse
401 Courthouse Sq.
Alexandria VA 22314
Case Number: CR08-243 MHP

Case Title: US-v-Michael Cheng

Dear Clerk:

Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith are:

(X) Certified copy of the docket entries;

(x) Certified copy of the Indictment/Information;

(x) Certified copy of the Transferral Order;

(X) Certified copy of the Consent to Transfer

[redacted]ease acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: Lori Murray
Deputy Clerk

(enclosures)

cc: Copies to Counsel of Record
Courtroom Deputy